[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 96-2161

GLADYS SWEENEY,

Petitioner,

v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS,
UNITED STATES DEPARTMENT OF LABOR,

Respondent.



ON PETITION FOR REVIEW
FROM BENEFITS REVIEW BOARD



Before

Torruella, Chief Judge,
Boudin and Stahl, Circuit Judges.



Marcia J. Cleveland on brief for petitioner.
Richard  F.  van  Antwerp, Thomas  R.  Kelly and Robinson,  Kriger,
McCallum on brief for respondent Bath Iron Works Corporation.
Stephen Hessert ,  Elizabeth M. Brogan and  Norman, Hanson & DeTroy on
brief for respondents, Bath Iron Works Corporation and Commercial Union
Insurance Company.
Nelson J. Larkins and  Preti, Flaherty, Beliveau & Pachios , on brief
for respondents Bath Iron Works Corporation and Birmingham Fire
Insurance Company.



August 22, 1997


Per Curiam . Upon careful review of the briefs and record,

we conclude that the administrative law judge correctly

determined that during the relevant period petitioner was not

engaged in "maritime employment" covered under the Longshore

and Harbor Workers' Compensation Act, 33 U.S.C. S 902(3). That

determination is not undermined by the fact that petitioner

cleaned offices occupied by persons who may have been engaged

in "maritime employment" covered under the Act. Petitioner's

own duties did not have the requisite maritime characteristics.

See  Graziano v.  General Dynamics Corp. , 663 F.2d 340, 343 (1st

Cir. 1981); Dravo Corp. v. Banks, 567 F.2d 593, 595 (3rd Cir.

1977).

Petitioner's additional arguments regarding her former

status and gender bias are meritless.

Affirmed. See 1st Cir. Loc. R. 27.1.

-2-